## CHANDLER *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 39, September Term, 1964.]

*Decided October 19, 1964.*

Before HENDERSON, C. J., and PRESCOTT, MARBURY, SYBERT and OPPENHEIMER, JJ.

PER CURIAM.

This application for leave to appeal from a determination of defective delinquency by Chief Judge Manley presents no questions except the sufficiency and weight of the evidence. There was evidence to support the finding, based on the testimony of Dr. Boslow and the staff report, and we do not find that the trial judge was clearly in error.

*Application denied.*